Núm. 170.—Montaner, Admor., recurrente, *v.* Comisión Industrial de Puerto Rico, dmdada., y Torres, etc., peticionarios ante la Comisión.— Enero 8, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, el abogado Sr. Juan Valldejuli Rodríguez presentó en esta Corte una moción solicitando se fijen sus honorarios por los servicios profesionales prestados a las beneficiarias del obrero en este Tribunal;

Por cuanto, la referida moción fué notificada a dichas beneficiarias, habiéndose señalado el 18 de diciembre pasado para oír a las partes sobre la procedencia de lo solicitado;

Por cuanto, a la referida audiencia sólo asistió el abogado Sr. Valldejuli, no haciendo lo mismo las beneficiarias;

Por tanto, oído el peticionario y vistos los autos de este caso, la Corte fija sus honorarios en la cantidad de $30, habida cuenta de que se trata de clientes pobres, como es de presumirse siendo beneficiarias de un obrero, y considerando además la cantidad por él recibida por sus servicios prestados ante la Comisión Industrial.